UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TENNESSEE
# EASTERN DIVISION

| | |
|---|---|
| **WARREN PRATCHER,** | **JUDGMENT IN A CIVIL CASE** |
|     Plaintiff, | |
| vs. | |
| **LT. MCCOLLUM, ET AL.,** | CASE NO: 16-2725-STA-egb |
|     Defendants. | |

**DECISION BY COURT.** This action came to consideration before the Court. The issues have been considered and a decision has been rendered.

**IT IS SO ORDERED AND ADJUDGED** that in accordance with the Order Granting Motion To Amend, Denying Remaining Motions, Dismissing Claims, Certifying An Appeal Would Not Be Taken In Good Faith, and Notifying Plaintiff of Appellate Filing Fee entered on June 6, 2017, this cause is hereby dismissed.

                                              APPROVED:

s/ S. Thomas Anderson
**CHIEF JUDGE UNITED STATES DISTRICT COURT**

DATE: 6/6/2017                      THOMAS M. GOULD
                                                      **Clerk of Court**

                                                           s/Maurice B. BRYSON

                                                           (By) Deputy Clerk